# JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Douglas P. Du Maurier, | NO. SA CV 10-01855 SJO (JCG) |
|     Plaintiff, | CONSOLIDATED WITH |
| | SA 10-01976 SJO (JCGx) |
| v. | |
| City of Laguna Beach, et al., | **JUDGMENT** |
|     Defendants. | |

This action came before the Court on Defendants City of Laguna Beach, Laguna Beach Police Department, Officer Rod MacDonald, and Officer Ben Lee's ("Defendants") Motion for Summary Judgment. Having carefully considered all the pleadings, documentary evidence, and arguments,

///
///
///
///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Summary Judgment is granted. Plaintiff Douglas P. Du Maurier shall take nothing by way of his Complaint in this matter, and the action is dismissed on the merits as against all Defendants. Parties are to bear their own costs.

IT IS SO ADJUDGED.

Dated: September 2, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE